United States Bankruptcy Court
District of Oregon

In re:     Case No. 23-31040-thp
Geoffrey Edward Hammond, III     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: admin     Page 1 of 2
Date Rcvd: Sep 14, 2023     Form ID: OFT     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geoffrey Edward Hammond, III, 3362 SW Fairmount BLVD, Portland, OR 97239-1479 |
| cr | + | Blackburn & Allen Inc., dba Service Team of Professionals, 18256 SW 100th Ct, Tualatin, OR 97062-9465 |
| cr | + | HFG Income Fund, LLC, Attn: Joseph T. Mccormick, Esq., 612 S. Lucile Street, Suite 300, Seattle, WA 98108 UNITED STATES 98108-2623 |
| 102500082 | + | Blackburn & Allen, DBA Service Team of Professionals;, STOP Restoration, 18256 SW 100th Ct, Tualatin, OR 97062-9465 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Sep 14 2023 22:46:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Sep 15 2023 02:46:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Sep 14 2023 22:46:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Sep 14 2023 22:42:44 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102466012 | + | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 23:06:34 | American Express, PO BOX 3001 16 GENERAL WARREN BLVD, MALVERN, PA 19355-0701 |
| 102466010 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 14 2023 22:46:00 | BSI FINANCIAL, PO BOX 517, TITUSVILLE, PA 16354-0517 |
| 102466013 | + | EDI: CITICORP.COM | Sep 15 2023 02:46:00 | CITICARDS, PO BOX 6004, SIOUX FALLS, SD 57117-6004 |
| 102466014 | | EDI: JPMORGANCHASE | Sep 15 2023 02:46:00 | CHASE CARDMEMBER SERVICES, PO BOX 6294, CAROL STREAM, IL 60197 |
| 102466011 | + | EDI: MERCEDES | Sep 15 2023 02:46:00 | Mercedes Benz Financial, PO BOX 5209, Carol Stream, IL 60197-5209 |
| 102467230 | | EDI: MERCEDES | Sep 15 2023 02:46:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, POB 131265, Roseville, MN 55113-0011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023                  Signature:      /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

September 14, 2023

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Geoffrey Edward Hammond III**
*Other names used by debtor*:Jeffrey Edward Mandalis
Debtor(s)

Case No. **23−31040−thp7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **12/13/23** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be received by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File a proof of claim at https://www.orb.uscourts.gov. Select Proof of Claim (ePOC) and follow the steps to create and electronically file a proof of claim on the required form. No login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503−326−1500 or 541−431−4000 to request a claim form.

**NOTICE IS GIVEN** that, pursuant to LBR 2016−1(i)(1), the trustee may incur and pay from estate funds, or reimburse the trustee from estate funds, up to $1,000 in the aggregate for the following actual and necessary expenses to preserve or protect the estate: bond premiums, bank fees, court fees, UCC search fees, property−title search fees, and locksmith or security charges. An interested party may object within 21 days after the date in the "FILED" stamp above by filing a written objection, setting forth the specific grounds for the objection, with the Clerk of Court and serving a copy of the objection upon the trustee. If the 5−digit portion of the Case No. begins with "3" or "4", mail the objection to: 1050 SW 6th Ave., #700, Portland, OR 97204. If the 5−digit portion of the Case No. begins with "6" or "7", mail the objection to : 405 E. 8th Ave., #2600, Eugene, OR 97401. Service may be made upon the trustee at: Kenneth S Eiler, 515 NW Saltzman Rd − PMB 810, Portland OR, 97229.